| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| JONATHAN VERDEJO ROCHA, § | |
| § | |
| Petitioner, § | |
| § | |
| versus § | CASE NO. 9:10-CV-144 |
| § | |
| KENNETH LANDGREBE, et al., § | |
| § | |
| Respondents. § | |

# ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Respondents' Motion to Dismiss be granted and that Jonathan Verdejo Rocha's Petition for Writ of Habeas Corpus and Emergency Request for Release From Detention be dismissed as moot. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the above-entitled lawsuit is hereby **DISMISSED** with prejudice. Any motion not previously ruled on is **DENIED**.

SIGNED at Beaumont, Texas, this 14th day of January, 2011.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE